# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECIL LEE WILSON, | : |
| | :   CIVIL ACTION |
|     Plaintiff, | : |
| | : |
|   v. | : |
| | :   NO. 10-4517 |
| MICHAEL J. ASTRUE, Commissioner | : |
| of Social Security Administration, | : |
| | : |
|     Defendant. | : |

## ORDER

**AND NOW**, this *23rd* day of *May*, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Docket No. 8), Plaintiff's Objections thereto (Docket No. 9), and Defendant's Response to Plaintiff's Objections (Docket No. 10), and upon careful review of the entire record, it is hereby **ORDERED**, as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED** and the decision of the Commissioner of Social Security is **AFFIRMED**; and

4. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff. This case is now closed.

It is so **ORDERED**.

                                            BY THE COURT:


                                            *s/ Ronald L. Buckwalter*
                                            RONALD L. BUCKWALTER, S.J.